ABRAM MOODY et al., Appellants, *v.* SEABRO CORP., INC., et al., Respondents.

Submitted November 19, 1951; decided November 21, 1951.

*James C. Danzilo* and *John L. Danzilo* for motion.

No one opposed.

Motion granted.